**99–1070.  State v. Johnson.**

Muskingum App. No. CT980029. Reported at 86 Ohio St.3d 1462, 715 N.E.2d 565. On motion for reconsideration. Motion denied.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**99–1075.  State v. Hull.**

Clermont App. No. CA98–07–053. Reported at 86 Ohio St.3d 1462, 715 N.E.2d 566. On motion for reconsideration. Motion denied.

**99–1142.  OHIC Ins. Co. v. Ohio Ins. Guar. Assn.**

In Mandamus. Reported at 86 Ohio St.3d 1459, 715 N.E.2d 563. On motion for reconsideration. Motion granted, alternative writ granted, and relators' request for oral argument granted.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

*Thursday, October 21, 1999*

## MOTION DOCKET

**98–2630.  Wolfe v. Wolfe.**

Montgomery App. No. 17111. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of the motion of *amicus curiae*, Ohio Academy of Trial Lawyers, to participate in oral argument scheduled for November 3, 1999,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and the *amicus curiae* shall share the time allotted to appellant.

## MISCELLANEOUS DISMISSALS

**99–1681.  State v. Clifford.**

Hamilton App. No. C–980291. This cause is pending before the court as a discretionary appeal and cross-appeal and claimed appeal of right. Upon consideration of the joint application for dismissal of the appeal and cross-appeal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.